# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,                  Crim. No. 09-109 (JNE/JJK)

       Plaintiff,

v.

1. Roberto Guadalupe Aleman, also known as        **ORDER**
Cono;
2. Maria Isabel Aleman; and
3. Juan Fidel Aleman;

       Defendants.

---

Jeffrey M. Bryan, Esq., and Christian S. Wilton, Esq., Assistant United States Attorneys, counsel for Plaintiff.

Craig E. Cascarano, Esq., Cascarano Law Office, counsel for Defendant (1) Roberto Guadalupe Aleman.

Douglas B. Altman, Esq., Altman & Izek, counsel for Defendant (2) Maria Isabel Aleman.

Steven L. Bergeson, Esq., Tuttle Bergeson, PA, counsel for Defendant (3) Juan Fidel Aleman.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 8, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that**:**

      1.      Defendant (1) Roberto Guadalupe Aleman's Motion to Suppress Confessions, Admissions, or Statements Made in the Nature of Confessions (Doc. No. 622), is **DENIED**;

      2.      Defendant (1) Roberto Guadalupe Aleman's Motion to Suppress Evidence

Obtained Through Illegal Search (Doc. No. 625), is **DENIED**;

3. Defendant (1) Roberto Guadalupe Aleman's Motion to Suppress Search and Seizure Evidence (Doc. No. 626), is **DENIED**;

4. Defendant (2) Maria Isabel Aleman's Motion to Suppress Evidence Obtained Through Electronic Surveillance or Wiretapping (Doc. No. 769), is **DENIED**;

5. Defendant (2) Maria Isabel Aleman's Motion to Suppress Evidence Resulting from Searches and Seizures (Doc. No. 772), is **DENIED**;

6. Defendant Juan Aleman's Motion to Suppress Evidence of Electronic Surveillance and Wiretapping (Doc. No. 551), is **DENIED**;

7. Defendant Juan Aleman's Motion to Suppress Statements, Admissions and Answers of Defendant (Doc. No. 546), is **DENIED**;

8. Defendant Juan Aleman's Motion to Sever Defendant (Doc. No. 570), is **DENIED**;

9. Defendant Juan Aleman's Motion to Sever Counts (Doc. No. 572), is **DENIED**; and

10. Defendant Juan Aleman's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 573), is **DENIED**.

Date: 2-17-2010

s/ Joan N. Ericksen
Joan N. Ericksen
United States District Judge