UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-109 (JNE/JJK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | MOTION FOR EXTENSION OF TIME |
| | ) | TO FILE OBJECTIONS TO THE |
| v. | ) | PRESENTENCE INVESTIGATION |
| | ) | REPORTS |
| ROBERTO ALEMAN, ET AL, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys B. Todd Jones, United States Attorney for the District of Minnesota, and Jeffrey M. Bryan, Assistant United States Attorney, and Christian S. Wilton, Assistant United States Attorney moves the Court for an extension of time to file its objections to the initial Presentence Investigation Reports for the Defendants in the above case. Objections to this report are due on varying dates, as probation reports are being completed on a rolling basis for each of the 27 defendants in the case. The Government respectfully requests that the Court permit it and extended time to make objections to the revised initial Presentence Investigation Reports. Specifically, the Government requests that the Court permit it to make objections to all the reports on the same date, with those objections being due two weeks from receipt of the final defendant's Presentence Investigation Report.

As of the date of this motion, the Government has received 11 of the 27 reports. Accordingly, a specific date is not yet

available, and the Government request that the due date be tied to

the schedule noted in the final defendant's initial report


Dated: July 16, 2010

                                            Respectfully submitted,

                                            B. TODD JONES,
                                            United States Attorney


                                            s/Jeffrey M. Bryan

                                            BY: JEFFREY M. BRYAN
                                            Assistant U.S. Attorney
                                            Attorney ID No.  0325077